James Herbert, Respondent, v. Clyde D. Knapp, C. Carlton Kelley, Donald McKellar, Bruce Bromley and Charles A. Marshall, as Trustee in Bankruptcy of C. Carlton Kelley, Bankrupt, Defendants. Clyde D. Knapp and Charles A. Marshall, as Trustee, etc., Appellants.— Judgment unanimously

affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.